**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 04-1139**

—————

HENRY T. SANDERS,

Plaintiff - Appellant,

versus

THE STATE OF MARYLAND; PRINCE GEORGE'S
COMMUNITY COLLEGE,

Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge.
(CA-03-3619-PJM)

—————

Submitted: May 26, 2004      Decided: July 28, 2004

—————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Henry T. Sanders, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry T. Sanders appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sanders v. Maryland, No. CA-03-3619-PJM (D. Md. filed Jan. 8, 2004 & entered Jan. 9, 2004). We also find no error in the district court's decision to return Sanders' motions after closing the case. We deny all of Sanders' outstanding motions, including his motions for vacation, alterations, voluntary dismissal, settlement, to stay, and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED